UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
                                      §
PEARSON, EDWARD G.                    §        Case No. 12-45171
                                      §
              Debtor(s)               §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 05/13/2013 and the deadline for filing governmental claims was 05/13/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 29.64 , for total expenses of $ 29.64 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/21/2015         By: _/s/ Jon E. Cohen_
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-45171   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PEARSON, EDWARD G. | Date Filed (f) or Converted (c): | 11/14/12 (f) |
| | | 341(a) Meeting Date: | 01/04/13 |
| For Period Ending: | 01/21/15 | Claims Bar Date: | 05/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home with estranged spouse 500 W Hig | 185,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 10.00 | 0.00 | | 0.00 | 0.00 |
| Cash | | | | | |
| 3. Checking with Chase xxxxxxxxxxx9467 | 30.00 | 0.00 | | 0.00 | 0.00 |
| Checking with Chase xxxxxxxxxxx9467 | | | | | |
| 4. 1/2 interest in Household goods and furnishings 4 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 1/2 interest in Household goods and furnishings 4 bedroom, sofa, loveseat, dvd, TV, kitchen table chair, dining room table and chairs. All furniture over 8 years old | | | | | |
| 5. Wearing apparel | 300.00 | 0.00 | | 0.00 | 0.00 |
| Wearing apparel | | | | | |
| 6. 401 K - T Rowe Price | 0.00 | Unknown | | 0.00 | Unknown |
| 401 K - T Rowe Price | | | | | |
| 7. Dune Buggy - disputed property in dissolution of m | 0.00 | Unknown | | 0.00 | Unknown |
| Dune Buggy - disputed property in dissolution of marriage | | | | | |
| 8. 1997 Chevrolet Lumina &gt;100,000 miles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 1997 Chevrolet Lumina &gt;100,000 miles | | | | | |
| 9. 2004 Ironhorse purchased May 2012 $12,500. Liquida | 7,500.00 | 0.00 | | 5,000.00 | 0.00 |
| 2004 Ironhorse purchased May 2012 $12,500. Liquidation value is $7,500 | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $193,840.00 | $0.00 | | $5,000.00 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-45171  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PEARSON, EDWARD G. | Date Filed (f) or Converted (c): | 11/14/12 (f) |
| | | 341(a) Meeting Date: | 01/04/13 |
| | | Claims Bar Date: | 05/13/13 |

TRUSTEE HAS SOLD INTEREST IN MOTORCYCLE BACK TO DEBTOR. TRUSTEE WILL REVIEW PROOFS OF CLAIM AND THEN COMMENCE DRAFTING

HIS TFR - January 17, 2014. NO CHANGE - April 30, 2014.

NO CHANGE - July 17, 2014. NO CHANGE - Oct. 25, 2014. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. -

Jan. 17, 2015.

Initial Projected Date of Final Report (TFR): 11/30/14    Current Projected Date of Final Report (TFR): 02/28/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-45171 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | PEARSON, EDWARD G. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2408 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5796 |  |  |
|  |  | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 01/21/15 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/09/13 | 9 | Edward Pearson | Sale of Vehicle | 1129-000 | 5,000.00 |  | 5,000.00 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,990.00 |
| 06/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,980.00 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,970.00 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,960.00 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,950.00 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,940.00 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,930.00 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,920.00 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,910.00 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,900.00 |
| 03/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,890.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 |  | 7.11 | 4,882.89 |
|  |  | 701 Poydras St. |  |  |  |  |  |
|  |  | Suite 420 |  |  |  |  |  |
|  |  | New Orleans, LA 70139 |  |  |  |  |  |
| 04/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,872.89 |
| 05/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,862.89 |
| 06/06/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,852.89 |
| 07/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,842.89 |
| 08/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,832.89 |
| 09/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,822.89 |
| 10/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,812.89 |
| 11/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,802.89 |
| 12/05/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,792.89 |
| 01/08/15 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 10.00 | 4,782.89 |

Page Subtotals        5,000.00        217.11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-45171 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PEARSON, EDWARD G. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2408 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5796 | | |
| For Period Ending: | 01/21/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 5,000.00 | 217.11 | 4,782.89 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 217.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.00 | 217.11 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2408 | 5,000.00 | 217.11 | 4,782.89 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,000.00 | 217.11 | 4,782.89 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| | | | | | EXHIBIT C | | |
|---|---|---|---|---|---|---|---|
| Page 1 | | | | | ANALYSIS OF CLAIMS REGISTER | | Date: January 21, 2015 |

Case Number:  12-45171  
Debtor Name:  PEARSON, EDWARD G.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,279.64 | $1,279.64 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $7.11 | $7.11 |
| 001<br>3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,479.00 | $1,479.00 |
| 000001<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,065.96 | $1,065.96 |
| 000002<br>070<br>7100-00 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $7,311.52 | $7,311.52 |
| 000003<br>070<br>7100-00 | American InfoSource LP as agent for Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $0.00 | $659.41 | $659.41 |
| 000004<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $1,086.42 | $1,086.42 |
| 000005<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $2,755.08 | $2,755.08 |
| 000006<br>070<br>7100-00 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Unsecured | | $0.00 | $8,144.66 | $8,144.66 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | | $0.00 | $161.80 | $161.80 |

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: January 21, 2015

Case Number: 12-45171
Debtor Name: PEARSON, EDWARD G.

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008 080 7200-00 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | Unsecured | | $0.00 | $1,002.94 | $1,002.94 |
| | Case Totals: | | | $0.00 | $24,953.54 | $24,953.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45171  
Case Name: PEARSON, EDWARD G.  
Trustee Name: JOSEPH E. COHEN  

      Balance on hand                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses          $_____

    Remaining Balance                                                $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ | $ | $ |
| 000002 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ | $ | $ |
| 000003 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $ | $ | $ |
| 000004 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ | $ | $ |
| 000006 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | $ | $ | $ |
| 000007 | American InfoSource LP as agent for DIRECTV, LLC Mail Station N387 2230 E Imperial Hwy El Segundo, CA 90245 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                            $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance                                            $_____

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE