UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
PEARSON, EDWARD G.                  §     Case No. 12-45171
                                    §
           Debtor(s)                §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 02/20/2015 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                          Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
PEARSON, EDWARD G.                  §       Case No. 12-45171
                                    §
         Debtor(s)                  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 217.11 |
| leaving a balance on hand of[1] | $ | 4,782.89 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 29.64 | $ 0.00 | $ 29.64 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ 1,479.00 | $ 0.00 | $ 1,479.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.11 | $ 7.11 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 2,758.64 |
| Remaining Balance | $ 2,024.25 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,184.85  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 1,065.96 | $ 0.00 | $ 101.85 |
| 000002 | CERASTES, LLC C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ 7,311.52 | $ 0.00 | $ 698.63 |
| 000003 | American InfoSource LP as agent for Verizon PO Box 248838 Oklahoma City, OK 73124-8838 | $ 659.41 | $ 0.00 | $ 63.01 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,086.42 | $ 0.00 | $ 103.81 |
| 000005 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 2,755.08 | $ 0.00 | $ 263.25 |
| 000006 | eCAST Settlement Corporation, assignee of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | $ 8,144.66 | $ 0.00 | $ 778.24 |
| 000007 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | $ 161.80 | $ 0.00 | $ 15.46 |

Total to be paid to timely general unsecured creditors          $          2,024.25

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,002.94 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | $ 1,002.94 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors          $          0.00

Remaining Balance          $          0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN_____
                                              TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                               Case No. 12-45171-ABG
Edward G. Pearson                                                    Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez             Page 1 of 2              Date Rcvd: Feb 03, 2015
                              Form ID: pdf006             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2015.
db             +Edward G. Pearson,    Edward G. Pearson,    292 Enfield Lane,    Grayslake, IL 60030-4421
aty            +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
20440836       +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
                 El Segundo, CA 90245-3504
19694115        Barclays Bank Delaware,    Attention: Bankruptcy,    PO Box 1337,    Philadelphia, PA 19101
19694117       +Cap One Na,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
20118822        Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
20207289        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19694118       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
19694119       +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19694120       +Chase,    Po Box 24696,    Columbus, OH 43224-0696
19694121       +Community Trust Cu,    1313 N Skokie Hwy,    Gurnee, IL 60031-2147
19694123       +Erin Cartwright,    5101 Washington St, Ste 21,    Gurnee, IL 60031-2988
19831603        Gary N. Foley, P.C.,    1919 Route 83,    Round Lake Beach, IL 60073
19694126       +Kyra Landguth,    500 W. Highplaines Rd,    Round Lake, IL 60073-4273
20889081       +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
19694128       +Pnc Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
19694129       +Verizon,    Verizon Wireless Department/Attn: Bankru,    PO Box 3397,
                 Bloomington, IL 61702-3397
20429331        eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20196686        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 04 2015 02:18:30
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
20185382       +E-mail/Text: bncmail@w-legal.com Feb 04 2015 02:20:13      CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
19694116       +E-mail/Text: ebn@squaretwofinancial.com Feb 04 2015 02:20:47      Cach Llc/Square Two Financial,
                 Attention: Bankruptcy,    4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3485
19694124       +E-mail/Text: collectionbankruptcies.bancorp@53.com Feb 04 2015 02:21:11      Fifth Third Bank,
                 Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,    Grand Rapids, MI 49546-6253
19694125       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 04 2015 02:19:21      Kohls/capone,
                 Po Box 3115,    Milwaukee, WI 53201-3115
19694127       +E-mail/Text: bankruptcydepartment@ncogroup.com Feb 04 2015 02:20:18      Nco Fin/09,
                 Attention: Bankruptcy,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19694122*      +Edward G. Pearson,    Edward G. Pearson,    292 Enfield Lane,    Grayslake, IL 60030-4421
20429332*       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2015 at the address(es) listed below:
          E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;jneiman@cohenandkrol.com
          Gary N Foley    on behalf of Creditor Kyra  Landguth lauradfrye@att.net
          Harold M Saalfeld    on behalf of Debtor Edward G. Pearson hmsnotices@gmail.com
          Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association
           bankruptcy@hsbattys.com,   bankruptcy@hsbattys.com
```

```
District/off: 0752-1          User: mgonzalez            Page 2 of 2             Date Rcvd: Feb 03, 2015
                              Form ID: pdf006            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Joseph E Cohen   on behalf of Attorney   Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Joseph E Cohen   on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Joseph E Cohen   jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                 TOTAL: 8