UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: § 
 §
PEARSON, EDWARD G. § Case No. 12-45171
 §
 Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 6,700.00 |
| Total Distributions to Claimants: 2,024.25 | Claims Discharged<br>Without Payment: 76,079.54 |
| Total Expenses of Administration: 2,975.75 | |

    3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 198,162.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,975.75 | 2,975.75 | 2,975.75 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 55,916.00 | 22,187.79 | 22,187.79 | 2,024.25 |
| **TOTAL DISBURSEMENTS** | $ 254,078.00 | $ 25,163.54 | $ 25,163.54 | $ 5,000.00 |

4) This case was originally filed under chapter 7 on 11/14/2012. The case was pending for 33 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2015         By:/s/JOSEPH E. COHEN
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 Ironhorse purchased May 2012 $12,500. Liquida | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | 177,819.00 | NA | NA | 0.00 |
| | Community Trust Cu 1313 N Skokie Hwy Gurnee, IL 60031 | | 20,343.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 198,162.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | 2100-000 | NA | 1,250.00 | 1,250.00 | 1,250.00 |
| JOSEPH E. COHEN, TRUSTEE | 2200-000 | NA | 29.64 | 29.64 | 29.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 7.11 | 7.11 | 7.11 |
| ASSOCIATED BANK | 2600-000 | NA | 210.00 | 210.00 | 210.00 |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | 3110-000 | NA | 986.00 | 986.00 | 986.00 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 493.00 | 493.00 | 493.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,975.75 | $ 2,975.75 | $ 2,975.75 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware Attention: Bankruptcy PO Box 1337 Philadelphia, PA 19101 | | 7,038.00 | NA | NA | 0.00 |
| | Cach Llc/Square Two Financial Attention: Bankruptcy 4340 South Monaco St.  2nd Floor Denver, CO 80237 | | 14,721.00 | NA | NA | 0.00 |
| | Cap One Na Attn: Bankruptcy PO Box 30285 Salt Lake City, UT 84130 | | 14,721.00 | NA | NA | 0.00 |
| | Capital One, N.a. Capital One Bank (USA) N.A. PO Box 30285 Salt Lake City, UT 84130 | | 1,065.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 8,144.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 2,755.00 | NA | NA | 0.00 |
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 East Paris Ave. Grand Rapids, MI 49546 | | 4,683.00 | NA | NA | 0.00 |
| | Kohls/capone Po Box 3115 Milwaukee, WI 53201 | | 1,086.00 | NA | NA | 0.00 |
| | Kyra Landguth 500 W. Highplaines Rd Round Lake, IL 60073 | | 0.00 | NA | NA | 0.00 |
| | Nco Fin/09 Attention: Bankruptcy 507 Prudential Rd Horsham, PA 19044 | | 162.00 | NA | NA | 0.00 |
| | Pnc Bank 2730 Liberty Ave Pittsburgh, PA 15222 | | 869.00 | NA | NA | 0.00 |
| | Representing: Kyra Landguth | | 0.00 | NA | NA | 0.00 |
| | Verizon Verizon Wireless Department/Attn: Bankru PO Box 3397 Bloomington, IL 61702 | | 672.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 659.41 | 659.41 | 63.01 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 161.80 | 161.80 | 15.46 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,065.96 | 1,065.96 | 101.85 |
| 000004 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,086.42 | 1,086.42 | 103.81 |
| 000002 | CERASTES, LLC | 7100-000 | NA | 7,311.52 | 7,311.52 | 698.63 |
| 000005 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 2,755.08 | 2,755.08 | 263.25 |
| 000006 | ECAST SETTLEMENT CORPORATION, ASSIG | 7100-000 | NA | 8,144.66 | 8,144.66 | 778.24 |
| 000008 | PNC BANK | 7200-000 | NA | 1,002.94 | 1,002.94 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 55,916.00 | $ 22,187.79 | $ 22,187.79 | $ 2,024.25 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-45171 ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | PEARSON, EDWARD G. | Date Filed (f) or Converted (c): | 11/14/12 (f) |
| | | 341(a) Meeting Date: | 01/04/13 |
| For Period Ending: 08/03/15 | | Claims Bar Date: | 05/13/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home with estranged spouse 500 W Hig | 185,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Cash | 10.00 | 0.00 | | 0.00 | 0.00 |
| Cash | | | | | |
| 3. Checking with Chase xxxxxxxxxxx9467 | 30.00 | 0.00 | | 0.00 | 0.00 |
| Checking with Chase xxxxxxxxxxx9467 | | | | | |
| 4. 1/2 interest in Household goods and furnishings 4 | 500.00 | 0.00 | | 0.00 | 0.00 |
| 1/2 interest in Household goods and furnishings 4 bedroom, sofa, loveseat, dvd, TV, kitchen table chair, dining room table and chairs. All furniture over 8 years old | | | | | |
| 5. Wearing apparel | 300.00 | 0.00 | | 0.00 | 0.00 |
| Wearing apparel | | | | | |
| 6. 401 K - T Rowe Price | 0.00 | Unknown | | 0.00 | Unknown |
| 401 K - T Rowe Price | | | | | |
| 7. Dune Buggy - disputed property in dissolution of m | 0.00 | Unknown | | 0.00 | Unknown |
| Dune Buggy - disputed property in dissolution of marriage | | | | | |
| 8. 1997 Chevrolet Lumina &gt;100,000 miles | 500.00 | 0.00 | | 0.00 | 0.00 |
| 1997 Chevrolet Lumina &gt;100,000 miles | | | | | |
| 9. 2004 Ironhorse purchased May 2012 $12,500. Liquida | 7,500.00 | 0.00 | | 5,000.00 | 0.00 |
| 2004 Ironhorse purchased May 2012 $12,500. Liquidation value is $7,500 | | | | | |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $193,840.00 | $0.00 | | $5,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

Ver: 18.05

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-45171   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PEARSON, EDWARD G. | Date Filed (f) or Converted (c): | 11/14/12 (f) |
| | | 341(a) Meeting Date: | 01/04/13 |
| | | Claims Bar Date: | 05/13/13 |

TFR FILED AND DISTRIBUTION MADE - April 30, 2015. TRUSTEE TO COMMENCE WORK ON TFR, NFR AND RELATED DOCUMENTS. - Jan. 17, 2015.  TRUSTEE HAS SOLD INTEREST IN MOTORCYCLE BACK TO DEBTOR.  TRUSTEE WILL REVIEW PROOFS OF CLAIM AND THEN COMMENCE DRAFTING HIS TFR - January 17, 2014.  NO CHANGE - April 30, 2014.
NO CHANGE - July 17, 2014.  NO CHANGE - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 11/30/14      Current Projected Date of Final Report (TFR): 02/28/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-45171 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PEARSON, EDWARD G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2408 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5796 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/09/13 | 9 | Edward Pearson | Sale of Vehicle | 1129-000 | 5,000.00 | | 5,000.00 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,940.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,930.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,910.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,900.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,890.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.11 | 4,882.89 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,872.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,862.89 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,852.89 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,842.89 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,832.89 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,822.89 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,812.89 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,802.89 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,792.89 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,782.89 |
| 02/21/15 | 300002 | JOSEPH E. COHEN, Trustee 105 West Madison Street | Trustee Fees Trustee Fees | | | 1,279.64 | 3,503.25 |

Page Subtotals  5,000.00   1,496.75

Ver: 18.05

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-45171 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PEARSON, EDWARD G. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2408  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5796 | | | |
| For Period Ending: | 08/03/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60602 | Fees            1,250.00 | 2100-000 | | | |
| | | | Expenses         29.64 | 2200-000 | | | |
| 02/21/15 | 300003 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 986.00 | 2,517.25 |
| 02/21/15 | 300004 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 493.00 | 2,024.25 |
| 02/21/15 | 300005 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 9.55477%<br>(1-1) Modified on 3/4/13 to correct<br>creditors address(dw) | 7100-000 | | 101.85 | 1,922.40 |
| 02/21/15 | 300006 | CERASTES, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000002, Payment 9.55520% | 7100-000 | | 698.63 | 1,223.77 |
| 02/21/15 | 300007 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000003, Payment 9.55551% | 7100-000 | | 63.01 | 1,160.76 |
| 02/21/15 | 300008 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 9.55524%<br>(4-1) CREDIT CARD DEBT | 7100-000 | | 103.81 | 1,056.95 |
| 02/21/15 | 300009 | eCAST Settlement Corporation, assignee<br>of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262 | Claim 000005, Payment 9.55508%<br>(5-1) CREDIT CARD DEBT | 7100-000 | | 263.25 | 793.70 |
| 02/21/15 | 300010 | eCAST Settlement Corporation, assignee | Claim 000006, Payment 9.55522% | 7100-000 | | 778.24 | 15.46 |

Page Subtotals        0.00        3,487.79

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)**  *(Page: 11)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-45171 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PEARSON, EDWARD G. | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2408 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5796 |  |  |
| For Period Ending: | 08/03/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/21/15 | 300011 | of Chase Bank USA, N.A.<br>POB 29262<br>New York, NY 10087-9262<br>American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | (6-1) CREDIT CARD DEBT<br><br>Claim 000007, Payment 9.55501% | 7100-000 |  | 15.46 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,000.00 | 5,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 5,000.00 | 5,000.00 |
| Less: Payments to Debtors |  | 0.00 |
| Net | 5,000.00 | 5,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2408 | 5,000.00 | 5,000.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 5,000.00 | 5,000.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       15.46

Ver: 18.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*